ANDRÉ BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Tel: (415) 977-8973
    Fax: (415) 744-0134
    Email: Susan.L.Smith@ssa.gov

Attorneys for Defendant MICHAEL J. ASTRUE,
Commissioner of Social Security

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HECTOR FLORES,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | LACV 10-9697 MRW<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: July 22, 2011

                                  MICHAEL R. WILNER
                                  UNITED STATES MAGISTRATE JUDGE